The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LEONARD COLLING,<br>ROBERT GRUNWALD,<br>ROBERT RYAN BROWN, and<br>ROGER ELLINGSON,<br><br>Defendants. | NO. CR09-103JCC<br><br>[~~PROPOSED~~]<br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to the four fugitive defendants listed in the caption, above.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendants are dismissed, without prejudice.

//

//

Order of Dismissal - 1
*United States v. Colling, et al.*, CR09-103JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrants shall be quashed.

DATED this 13th day of November 2023.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney

Order of Dismissal - 2
*United States v. Colling, et al.*, CR09-103JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrants shall be quashed.

DATED this 13th day of November 2023.

*[signature]*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney

Order of Dismissal - 2
*United States v. Colling, et al.*, CR09-103JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970